STATE v. WILLIS

No. 236P97

Case below: 126 N.C.App. 223

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 23 July 1997.

STRATFORD METAL FINISHING v. OLD SALEM, INC.

No. 296P97

Case below: 126 N.C.App. 436

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

WALKER v. METRIC CONSTRUCTORS, INC.

No. 294P97

Case below: 126 N.C.App. 436

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997. Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 23 July 1997.

WHITFIELD v. GILCHRIST

No. 287PA97

Case below: 126 N.C.App. 241

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 23 July 1997.

WIGGINS v. BUSHRANGER FENCE CO.

No. 239P97

Case below: 126 N.C.App. 74

Petition by appellants (Budget and Cigna) for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.